IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **STEVE DEAN MACK,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-322 (MTT) |
| **Warden JASON MEDLIN, and Commissioner HOMER BRYSON,** | ) |
| Respondents. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Respondent Homer Bryson's motion to dismiss (Doc. 6)[1] Petitioner Steve Dean Mack's 28 U.S.C. § 2254 petition for failure to exhaust. (Doc. 20). The Respondents have not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the motion to dismiss (Doc. 6) is **DENIED**.

**SO ORDERED**, this 1st day of September, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Respondent Bryson later amended the motion to dismiss. (Doc. 16).